IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| In Re: | : |
| Erskine R. Hicks | : Chapter 13 |
| | : Case No.: 19-15961-MDC |
| Debtor(s) | : |

---

CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation filed at Docket Number 22.

    **/s/ Brad J. Sadek, Esquire**
    Brad J. Sadek, Esquire
    Sadek and Cooper
    "The Philadelphia Building"
    1315 Walnut Street, #502
    Philadelphia, PA 19107
    215-545-0008