United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-15961-amc

Erskine R Hicks  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Nov 15, 2024      Form ID: 138OBJ      Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erskine R Hicks, 235 N Wycombe Avenue, Lansdowne, PA 19050-1722 |
| 14688814 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14688815 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2024 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2024 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14401873 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 16 2024 00:35:00 | Americredit Financial Services, Inc., dba GM Financial, c/o Mandy Youngblood, PO Box 183853, Arlington, TX 76096 |
| 14393790 | + | Email/Text: blegal@phfa.org | Nov 16 2024 00:35:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14487434 | + | Email/Text: blegal@phfa.org | Nov 16 2024 00:35:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14393791 | | Email/Text: joey@rmscollect.com | Nov 16 2024 00:36:00 | Receivable Management Inc, 7206 Hull Rd, Ste 211, Richmond, VA 23235 |
| 14393792 | + | Email/Text: clientservices@simonsagency.com | Nov 16 2024 00:36:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 14396150 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 16 2024 01:39:19 | U.S. Department of Housing and Urban Development, 451 7TH STREET S.W., Washington, DC 20410-0002 |
| 14477417 | ^ | MEBN | Nov 16 2024 00:23:24 | US BANK NATIONAL ASSOCIATION, (TRUSTEE FOR PENNSYL, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14393793 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 16 2024 01:39:19 | US Department of HUD, Financial Operations Center, 451 7th Streetm S.W., Washington, DC 20410-0001 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Case 19-15961-amc    Doc 41    Filed 11/17/24    Entered 11/18/24 00:35:07    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 15, 2024 | Form ID: 138OBJ | Total Noticed: 13 |

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Erskine R Hicks brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor US BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor US BANK NATIONAL ASSOCIATION (TRUSTEE FOR PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 40 − 38

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Erskine R Hicks<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19−15961−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 15, 2024						For The Court

								Timothy B. McGrath
								Clerk of Court